

# COURT OF APPEALS FOR THE
## FIRST DISTRICT OF TEXAS AT HOUSTON

ORDER

Appellate case name:　　　In re Candice Hinton, Relator

Appellate case number:　　01-17-00302-CV

Trial court case number:　　2010-06089

Trial court:　　　　　　　507th District Court of Harris County

On April 25, 2017, relator, Candice Hinton, filed a petition for writ of mandamus seeking to vacate the respondent trial judge's oral ruling, made at a hearing held on March 22, 2017, denying her Amended Motion to Remove the Amicus Attorney. Relator has included an appendix with her petition. *See* TEX. R. APP. P. 52.7.

With the petition, relator also filed an emergency motion for temporary relief seeking a stay of all proceedings in the district court or to stay the May 15, 2017 trial date, pending disposition of this petition, with the required certificate of compliance. *See* TEX. R. APP. P. 52.10(a). Relator claims that she is unable to file a complete mandamus petition until after the hearing record is completed and an order is entered. On April 26, 2017, relator filed a second supplemental appendix to her emergency motion attaching the reporter's record for the March 22, 2017 hearing. *See id.* 52.7(a)(2).

Accordingly, the Court **grants, in part,** the relator's motion and **ORDERS** that the May 15, 2017 trial date is **stayed**. *See id.* 52.10(b). This stay is effective until the petition in this Court is finally decided or this Court otherwise orders the stay lifted. *See id.* Any party may file a motion for reconsideration of the stay. *See id.* 52.10(c).

Finally, the Court requests a response to the petition for writ of mandamus by any real party in interest. *See* TEX. R. APP. P. 52.8(b)(1). The response, if any, shall be filed **within 30 days from the date of this order**. *See id.* 2, 52.4.

It is so ORDERED.

Judge's signature: /s/ Laura Carter Higley
　　　　　　　　　☒ Acting individually
Date: April 27, 2017